IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00605-CMA-BNB

KATHERINE HOLLSTEIN,

Plaintiff,

v.

CALEEL & HAYDEN, LLC d/b/a Glo Professional,

Defendant.

_____

**ORDER**
_____

The parties appeared this morning for a final pretrial conference. The proposed Final Pretrial Order was refused for the reasons stated on the record. Consistent with matters discussed on the record,

IT IS ORDERED:

(1)   Discovery is reopened to and including **March 30, 2012**, solely to allow the defendant to depose Stephanie Habegger and Nicole Georges; and to allow the defendant to depose Johnny Johnson, M.D., and/or Heather A. Walker, and to designate an expert in rebuttal to Dr. Johnson and/or Ms. Walker, should it choose to do so; and

(2)   A supplemental final pretrial conference is set for **April 12, 2012, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A revised proposed Final Pretrial Order, modified as discussed at the conference this morning, shall be prepared by the parties and submitted to the court on or before **April 5, 2012**.

Dated February 1, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge